CSD 1001A [11/15/04]

Name, Address, Telephone No. & I.D. No.

Brian J. McGoldrick, Esq., SBN 169104
Carolina Kotzias, Esq. SBN 262604
SAN DIEGO DEBT RELIEF
5353 Mission Center Road, Suite 210
San Diego, CA 92108
Telephone: (619) 684-5512

Order Entered on December 22, 2010 by Clerk U.S. Bankruptcy Court Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

OSCAR and CHRISTINA GONZALEZ

Debtor.

BANKRUPTCY NO. 10-14526-PB13

Date of Hearing: 12/21/2010
Time of Hearing: 11:00am
Name of Judge: Hon. Margaret Mann

# ORDER ON

## Motion for Valuation of Debtors' Residence and Avoidance of Second Deed of Trust

   IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Motion/Application Docket Entry No. __18__

//
//
//
//
//
//

DATED: December 22, 2010

*/s/ Margaret M. Mann*

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

SAN DIEGO DEBT RELIEF
(Firm name)

By: /s/ Carolina Kotzias
   Attorney for  ☑ Movant  ☐ Respondent

CSD 1001A

CSD 1001A [11/15/04] (Page 2)
ORDER ON Motion for Valuation of Debtors' Residence and Avoidance of Second Deed
DEBTOR: OSCAR and CHRISTINA GONZALEZ                                    CASE NO: 10-14526-PB13

---

No objections have been filed by or on behalf of the Creditor.

IT IS HEREBY ORDERED that:

1. The Debtors' property commonly known as 3301 Lomas Serenas Drive, Escondido, CA 92029, is currently valued at $540,000.00 for purposes of plan confirmation pursuant to Section 506(a).

2. The use of Section 1322(b) to strip off the second lien held by BAYVIEW LOAN SERVICING, LLC, is provided upon successful completion of the plan and discharge of Debtors.

3. The lien remains secured should the case be dismissed or converted to another chapter.

4. Attorney's fees in the amount of $450.00 for Movants' attorney are awarded.

CSD 1001A

*Signed by Judge Margaret M. Mann December 22, 2010*